# EXHIBIT B

16-01359-scc    Doc 1-2    Filed 12/29/16    Entered 12/29/16 17:18:08    Exhibit Exhibit B - Identification of Defective Loans    Pg 2 of 10

EXHIBIT B

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Reason 4 | Claim Amount |
|---|---|---|---|---|---|---|
| 0040791899 | 400136620 | MISREP - OCCUPANCY | | | | $514,439.45 |
| 0033708751 | 223320784 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | | $371,506.38 |
| 0033714437 | 108513708 | UW - ASSETS | UW - CREDIT/FICO | | | $364,276.56 |
| 0040680506 | 208031167 | MISREP - VALUE | | | | $364,126.82 |
| 0040542904 | 400084296 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - ASSETS | | $359,942.01 |
| 0033776386 | 129410490 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $346,134.74 |
| 0033601147 | 400024776 | MISREP - DEBTS | | | | $332,279.14 |
| 0033418625 | 129410400 | UW - ASSETS | | | | $322,631.90 |
| 0040010563 | 400019370 | UW - ASSETS | | | | $322,254.83 |
| 0046129300 | | MISREP - INCOME/EMPLOY | | | | $310,142.21 |
| 0032344764 | 103322588 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $304,258.60 |
| 0040178337 | 400063935 | MISREP - OCCUPANCY | UW - MISSING DOCUMENTS | | | $303,822.12 |
| 0032699209 | 103323730 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $301,239.33 |
| 0032874067 | 134308834 | MISREP - DEBTS | | | | $298,186.32 |
| 0046087565 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $298,110.41 |
| 0032296220 | 134306037 | MISREP - VALUE | | | | $297,457.85 |
| 0033615139 | 103328393 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | UW - INELIGIBLE INSTRUMENT | | $297,099.10 |
| 0032705733 | 103326095 | MISREP - DEBTS | UW - ASSETS | DOCUMENTATION | | $291,347.52 |
| 0030669501 | 214409859 | MISREP - INCOME/EMPLOY | | | | $288,428.18 |
| 0033729682 | 214411963 | MISREP - DEBTS | UW - MISSING DOCUMENTS | | | $288,264.11 |
| 0040351041 | 233920548 | MISREP - DEBTS | UW - ASSETS | | | $283,651.72 |
| 0033128554 | 216705410 | MISREP - INCOME/EMPLOY | | | | $280,510.62 |
| 0040310443 | 233920405 | MISREP - INCOME/EMPLOY | | | | $279,947.47 |
| 0032356917 | 210510248 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | | | $278,478.56 |
| 0040318438 | 206308730 | UW - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | $277,058.35 |
| 0032699464 | 134308433 | MISREP - INCOME/EMPLOY | | | | $277,057.32 |
| 0032446130 | 103322945 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | | | $274,376.25 |
| 0032855322 | 216705240 | UW - INCOME/EMPLOY | UW - ASSETS | DOCUMENTATION | | $273,410.54 |
| 0032840589 | 215126075 | MISREP - VALUE | MISREP - INCOME/EMPLOY | | | $267,763.49 |
| 0033163114 | 274004344 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | | $267,579.29 |
| 0032387904 | 103323091 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | | $266,861.53 |
| 0032628554 | 103325013 | MISREP - INCOME/EMPLOY | | | | $266,749.49 |
| 0018340851 | 103317406 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $263,053.41 |
| 0031996812 | 134306449 | MISREP - INCOME/EMPLOY | | | | $260,315.25 |
| 0033433384 | 103327165 | MISREP - INCOME/EMPLOY | | | | $259,413.90 |
| 0040023483 | 235801538 | UW - INCOME/EMPLOY | | | | $254,758.01 |
| 0033804212 | 134309780 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | DOCUMENTATION | | $252,938.52 |
| 0033128687 | 274004022 | MISREP - INCOME/EMPLOY | | | | $251,523.95 |
| 0032447567 | 232105803 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | | $249,611.60 |
| 0032552226 | 134307856 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | | $248,797.38 |
| 0033559667 | 120007938 | MISREP - INCOME/EMPLOY | | | | $247,770.68 |
| 0040820250 | 233920322 | UW - INCOME/EMPLOY | UW - APPRAISAL | | | $247,460.65 |

**EXHIBIT B**
**Identification of Defective Loans**

| | | | | | |
|---|---|---|---|---|---|
| 0040034449 | 202320987 | MISREP - INCOME/EMPLOY | | | $246,553.45 |
| 0032537672 | 134307798 | UW - INCOME/EMPLOY | | | $246,240.83 |
| 0033566191 | 400018742 | MISREP - DEBTS | | | $244,370.36 |
| 0032873986 | 134308825 | MISREP - INCOME/EMPLOY | | | $244,010.20 |
| 0040533721 | 400074146 | MISREP - OCCUPANCY | | | $243,395.34 |
| 0032656225 | 103326013 | UW - ASSETS | DOCUMENTATION | MISREP - INCOME/EMPLOY | $242,324.95 |
| 0033376807 | 209607207 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | $241,927.73 |
| 0032680597 | 134308611 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $241,698.26 |
| 0033747189 | 400026575 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - ASSETS | $241,512.13 |
| 0032692618 | 134306098 | MISREP - INCOME/EMPLOY | | | $240,186.81 |
| 0033747213 | 216330984 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - CREDIT/FICO | $239,310.09 |
| 0033776477 | 400037718 | UW - ASSETS | | | $238,259.97 |
| 0032447336 | 202129598 | MISREP - OCCUPANCY | | | $234,806.73 |
| 0033122425 | 134309800 | MISREP - DEBTS | | | $233,784.08 |
| 0032643504 | 112921233 | MISREP - OCCUPANCY | | | $233,288.40 |
| 0033769530 | 400033005 | MISREP - INCOME/EMPLOY | | | $232,941.47 |
| 0040450272 | 206308454 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | DOCUMENTATION | $229,529.34 |
| 0033559972 | 121509814 | MISREP - INCOME/EMPLOY | | | $227,580.03 |
| 0033747122 | 400040002 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $227,057.79 |
| 0033128828 | 106309016 | UW - ASSETS | | | $226,342.03 |
| 0033074741 | 134308380 | MISREP - INCOME/EMPLOY | | | $222,125.59 |
| 0033641713 | 103328543 | MISREP - INCOME/EMPLOY | | | $222,069.85 |
| 0033283235 | 120006629 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $221,850.01 |
| 0032447724 | 101719075 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $221,359.38 |
| 0033111576 | 103327888 | UW - ASSETS | | | $221,331.89 |
| 0032435455 | 123105078 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | $221,212.84 |
| 0032686636 | 134308307 | UW - INELIGIBLE FOR LOAN PROGRAM | COLLATERAL | MISREP - DEBTS | $219,977.87 |
| 0032090540 | 134306634 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - ASSETS | $219,344.36 |
| 0040185951 | 400044478 | MISREP - INCOME/EMPLOY | | | $218,750.21 |
| 0033559642 | 103325977 | MISREP - DEBTS | | | $218,496.13 |
| 0032705691 | 134308266 | MISREP - DEBTS | UW - ASSETS | UW - MISSING DOCUMENTS AND IMPROPERLY | $217,166.34 |
| 0032401135 | 224503120 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $216,463.89 |
| 0033433400 | 106309095 | MISREP - INCOME/EMPLOY | | | $215,837.80 |
| 0032306839 | 120004894 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $213,866.59 |
| 0033714445 | 134309782 | UW - ASSETS | UW - INCOME/EMPLOY | | $213,611.89 |
| 0033216490 | 108514991 | MISREP - DEBTS | MISREP - OCCUPANCY | | $210,715.61 |
| 0033667510 | 103329583 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $208,917.88 |
| 0033193087 | 112932006 | UW - ASSETS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | $208,657.43 |
| 0032699860 | 105218415 | MISREP - INCOME/EMPLOY | UW - CONTRIBUTIONS/CONCESSIONS | | $208,152.79 |
| 0040211005 | 400045659 | MISREP - INCOME/EMPLOY | | | $207,550.80 |
| 0032643546 | 134308304 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $206,327.81 |
| 0033586082 | 117208348 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | $205,974.02 |
| 0032655953 | 120007709 | UW - CREDIT/FICO | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $205,823.89 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033036286 | 100629977 | UW - INCOME/EMPLOY | | | | $205,271.37 |
| 0032736449 | 120006918 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $205,016.30 |
| 0032371346 | 209606360 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $204,177.94 |
| 0040047664 | 400037711 | UW - INCOME/EMPLOY | | | | $203,965.35 |
| 0032267189 | 101718976 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $202,924.42 |
| 0033488073 | 400019706 | UW - FAILURE TO ADDRESS POTENTIAL MISREPRESENTATIONS | | | | $202,519.69 |
| 0033518747 | 108515172 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $202,477.07 |
| 0032946816 | 217360228 | MISREP - OCCUPANCY | | | | $201,237.01 |
| 0040080525 | 400045775 | UW - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | | $200,778.10 |
| 0032090789 | 274003608 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $200,239.83 |
| 0032766032 | 283600628 | UW - INELIGIBLE FOR LOAN PROGRAM | | | | $199,649.64 |
| 0032523763 | 120006694 | MISREP - DEBTS | MISREP - OCCUPANCY | | | $199,648.59 |
| 0032394140 | 209606373 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - RATIOS | | $199,270.00 |
| 0040398612 | 400087200 | MISREP - DEBTS | | | | $198,815.21 |
| 0032306664 | 134306460 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | | $198,742.57 |
| 0040423519 | 400082166 | UW - INCOME/EMPLOY | | | | $198,644.28 |
| 0033135153 | 274003991 | MISREP - INCOME/EMPLOY | | | | $197,822.22 |
| 0031410392 | 234901253 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - VALUE | | $197,067.54 |
| 0033592825 | 103329333 | MISREP - INCOME/EMPLOY | | | | $196,333.83 |
| 0033418690 | 400017194 | MISREP - INCOME/EMPLOY | | | | $196,251.10 |
| 0032699688 | 129300484 | MISREP - INCOME/EMPLOY | | | | $195,656.62 |
| 0032441354 | 134306565 | UW - INCOME/EMPLOY | UW - ASSETS | | | $194,046.85 |
| 0032387946 | 134307057 | MISREP - INCOME/EMPLOY | | | | $192,678.46 |
| 0040255754 | 206308780 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | | $192,220.79 |
| 0040201634 | 400059482 | MISREP - DEBTS | UW - ASSETS | | | $192,175.51 |
| 0033586124 | 103329232 | MISREP - DEBTS | | | | $190,918.09 |
| 0032564510 | 205882935 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | | | $189,032.17 |
| 0030500961 | 214409624 | UW - NAL TRANSACTION | | | | $188,807.41 |
| 0033074758 | 134308784 | MISREP - INCOME/EMPLOY | | | | $188,341.22 |
| 0033586553 | 112923515 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $187,937.40 |
| 0032680571 | 120005247 | MISREP - OCCUPANCY | MISREP - DEBTS | | | $187,025.73 |
| 0033615113 | 103326973 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE INSTRUMENT | UW - ASSETS | | $186,637.44 |
| 0033747254 | 112924039 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $186,377.75 |
| 0033063876 | 120008990 | MISREP - DEBTS | DOCUMENTATION | | | $186,140.53 |
| 0040080764 | 400043674 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $186,050.35 |
| 33392291 | 206308521 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | | $186,019.07 |
| 0032740607 | 134308052 | UW - ASSETS | DOCUMENTATION | | | $185,807.17 |
| 0032393720 | 100627617 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $185,703.68 |
| 0032584765 | 134307142 | MISREP - INCOME/EMPLOY | UW - MISSING DOCUMENTS | | | $185,671.41 |
| 0033271941 | 108515073 | MISREP - DEBTS | UW - CREDIT/FICO | | | $183,679.27 |
| 0032692360 | 121509147 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $183,492.32 |
| 0032257941 | 120006208 | UW - ASSETS | | | | $183,146.89 |
| 0032457947 | 100628587 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - ASSETS | | $182,694.91 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040406258 | 400033148 | UW - ASSETS | UW - INCOME/EMPLOY | | | $181,914.10 |
| 0033213299 | 133950306 | MISREP - OCCUPANCY | | | | $181,807.36 |
| 0040542896 | 206308706 | UW - CREDIT/FICO | | | | $181,606.12 |
| 0032846594 | 215126090 | MISREP - DEBTS | | | | $181,077.65 |
| 0040017287 | 120006501 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $179,911.43 |
| 0018585638 | 202317743 | UW - INELIGIBLE FOR LOAN PROGRAM | | | | $179,505.23 |
| 0032422651 | 200628545 | UW - INELIGIBLE FOR LOAN PROGRAM | | | | $179,241.62 |
| 0033769597 | 400031638 | UW - INCOME/EMPLOY | | | | $178,746.48 |
| 0033776113 | 202319463 | MISREP - DEBTS | UW - INCOME/EMPLOY | | | $178,417.52 |
| 0040135626 | 400056180 | MISREP - DEBTS | | | | $178,103.27 |
| 0032918138 | 121508450 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | UW - ASSETS | | $176,843.28 |
| 0032541138 | 101719647 | MISREP - INCOME/EMPLOY | UW - MISSING DOCUMENTS | | | $176,298.86 |
| 0032551723 | 134307666 | MISREP - DEBTS | UW - INCOME/EMPLOY | | | $175,588.63 |
| 0040542953 | 400083658 | MISREP - DEBTS | | | | $175,446.21 |
| 0032477853 | 134308002 | MISREP - INCOME/EMPLOY | | | | $175,441.34 |
| 0033456724 | 134308763 | UW - CREDIT/FICO | | | | $175,365.71 |
| 0040391096 | 400078936 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - VALUE | | $175,229.64 |
| 0031456585 | 229410111 | MISREP - DEBTS | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | | $175,123.54 |
| 0040129157 | 400025706 | UW - CREDIT/FICO | | | | $174,394.05 |
| 0033154113 | 134309074 | MISREP - OCCUPANCY | | | | $174,175.28 |
| 0032003600 | 232105456 | UW - ASSETS | DOCUMENTATION | | | $173,674.49 |
| 0033149972 | 120006746 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | | $173,430.22 |
| 0033809724 | 400036069 | UW - ASSETS | | | | $173,140.48 |
| 0032809402 | 101719930 | MISREP - INCOME/EMPLOY | | | | $172,272.61 |
| 0033118514 | 108515036 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $172,178.75 |
| 0040291940 | 202319373 | MISREP - DEBTS | | | | $171,786.41 |
| 0040748295 | 202320121 | UW - ASSETS | UW - INCOME/EMPLOY | | | $170,937.05 |
| 0032485864 | 117207219 | MISREP - OCCUPANCY | | | | $170,341.78 |
| 0032699431 | 112930933 | MISREP - DEBTS | | | | $169,828.90 |
| 0033622374 | 103329396 | UW - CREDIT/FICO | | | | $169,483.14 |
| 0040263204 | 400038283 | MISREP - OCCUPANCY | | | | $168,849.90 |
| 0033783648 | 223303401 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | $168,715.84 |
| 0032708687 | 134308118 | MISREP - DEBTS | UW - INCOME/EMPLOY | | | $168,540.95 |
| 0033665373 | 112932117 | MISREP - INCOME/EMPLOY | | | | $168,424.61 |
| 0040178378 | 100628859 | UW - RATIOS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $167,872.91 |
| 0032863524 | 101221592 | UW - INCOME/EMPLOY | UW - ASSETS | UW – NAL TRANSACTION | | $167,599.24 |
| 0032568552 | 134308021 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $167,511.84 |
| 0032740664 | 101719838 | MISREP - INCOME/EMPLOY | | | | $166,362.73 |
| 0018756841 | 103317466 | MISREP - OCCUPANCY | | | | $165,068.58 |
| 0040054652 | 237003004 | UW - INELIGIBLE FOR LOAN PROGRAM | | | | $164,554.73 |
| 0032888349 | 209606813 | MISREP - INCOME/EMPLOY | | | | $164,304.18 |
| 0018755207 | 228200007 | DOCUMENTATION | | | | $163,964.30 |
| 0033283151 | 276501476 | UW - RATIOS | UW - ASSETS | MISREP - INCOME/EMPLOY | | $163,906.19 |

16-01359-scc   Doc 1-2   Filed 12/29/16   Entered 12/29/16 17:18:08   Exhibit Exhibit B - Identification of Defective Loans   Pg 6 of 10

EXHIBIT B
Identification of Defective Loans

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033005158 | 129300813 | MISREP - OCCUPANCY | | | | $163,212.16 |
| 0032447641 | 112930511 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $162,925.28 |
| 0032324147 | 208030800 | MISREP - OCCUPANCY | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | $162,342.15 |
| 0032422644 | 202129570 | MISREP - DEBTS | | | | $161,917.37 |
| 0032902223 | 229800143 | MISREP - INCOME/EMPLOY | | | | $161,536.97 |
| 0032686685 | 101719392 | MISREP - INCOME/EMPLOY | | | | $160,596.89 |
| 0031902778 | 108512671 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - ASSETS | UW - CREDIT/FICO | | $160,494.28 |
| 0032749616 | 101718798 | MISREP - OCCUPANCY | | | | $160,274.53 |
| 0033753575 | 120007189 | UW - ASSETS | | | | $158,475.57 |
| 0040234973 | 400070271 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $158,060.14 |
| 0031780653 | 274003387 | UW - CREDIT/FICO | | | | $156,258.06 |
| 0033084229 | 134308886 | UW - INCOME/EMPLOY | | | | $156,137.15 |
| 0040112062 | 400036949 | MISREP - INCOME/EMPLOY | | | | $155,976.73 |
| 0033029836 | 120008992 | MISREP - DEBTS | UW - INCOME/EMPLOY | | | $155,440.10 |
| 0033029844 | 400007020 | UW - INCOME/EMPLOY | | | | $155,419.81 |
| 0033118571 | 235800943 | UW - INCOME/EMPLOY | COLLATERAL | UW - INELIGIBLE FOR LOAN PROGRAM | | $155,387.77 |
| 0033398553 | 112931382 | MISREP - INCOME/EMPLOY | | | | $154,481.31 |
| 0033055872 | 209607188 | MISREP - DEBTS | MISREP - OCCUPANCY | | | $154,378.22 |
| 0032400921 | 112930881 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | $154,159.36 |
| 0033111493 | 121509311 | UW - INCOME/EMPLOY | | | | $153,386.02 |
| 0040047573 | 400042420 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - ASSETS | | $152,784.28 |
| 0033518820 | 400019420 | MISREP - DEBTS | | | | $152,357.13 |
| 0031926314 | 231911293 | MISREP - OCCUPANCY | UW - INELIGIBLE FOR LOAN PROGRAM | | | $152,091.79 |
| 0032435679 | 220106723 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $151,553.51 |
| 0033699505 | 400027233 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $150,397.40 |
| 0030591911 | 216722336 | COLLATERAL | | | | $150,106.55 |
| 0032441545 | 101719425 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $149,599.19 |
| 0032721896 | 132905791 | COLLATERAL | | | | $149,403.32 |
| 0033128612 | 112922041 | MISREP - INCOME/EMPLOY | | | | $149,244.53 |
| 0040023418 | 121511993 | MISREP - INCOME/EMPLOY | | | | $149,197.58 |
| 0040627325 | 202319965 | MISREP - DEBTS | UW - CREDIT/FICO | | | $149,190.26 |
| 0040543001 | 400088875 | MISREP - VALUE | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | $147,810.22 |
| 0030938534 | 134305666 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $146,615.15 |
| 0033135088 | 101719871 | UW - ASSETS | UW - INCOME/EMPLOY | DOCUMENTATION | | $145,987.23 |
| 0031401953 | 283600258 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $144,743.25 |
| 0032750135 | 229300832 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $143,935.12 |
| 0031394000 | 237001723 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $143,100.76 |
| 0033592924 | 132906533 | UW - INELIGIBLE FOR LOAN PROGRAM | | | | $141,985.52 |
| 0018381350 | 107325754 | MISREP - INCOME/EMPLOY | | | | $141,461.86 |
| 0030873400 | 219422295 | UW - CREDIT/FICO | UW - MISSING DOCUMENTS | | | $141,401.01 |
| 0040027831 | 129410507 | UW - ASSETS | | | | $141,276.29 |
| 0032356909 | 129300344 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - ASSETS | MISREP - OCCUPANCY | | $140,502.28 |
| 0032486250 | 224303019 | UW - INCOME/EMPLOY | | | | $140,398.95 |

16-01359-scc   Doc 1-2   Filed 12/29/16   Entered 12/29/16 17:18:08   Exhibit Exhibit
B - Identification of Defective Loans   Pg 7 of 10

EXHIBIT B
Identification of Defective Loans

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033046475 | 134308840 | MISREP - DEBTS | | | | $140,187.61 |
| 0031918170 | 283200192 | UW - CREDIT/FICO | UW - ASSETS | | | $139,369.90 |
| 0033776139 | 112924020 | MISREP - INCOME/EMPLOY | | | | $136,791.64 |
| 0032725376 | 100627605 | MISREP - DEBTS | DOCUMENTATION | | | $135,781.91 |
| 0032281974 | 129300285 | MISREP - INCOME/EMPLOY | | | | $135,721.80 |
| 0032956286 | 134308450 | UW - INCOME/EMPLOY | | | | $135,609.75 |
| 0032356735 | 129300655 | MISREP - INCOME/EMPLOY | | | | $134,862.43 |
| 0032275737 | 209606366 | UW - CREDIT/FICO | | | | $134,394.92 |
| 0033615618 | 400014797 | MISREP - DEBTS | | | | $134,371.47 |
| 0033046368 | 274003824 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | | $134,080.89 |
| 0032407215 | 134306111 | MISREP - INCOME/EMPLOY | | | | $133,937.79 |
| 0032888323 | 283201471 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | $133,835.01 |
| 0033462110 | 126400697 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | | $133,659.02 |
| 0033100645 | 204723936 | UW - INCOME/EMPLOY | UW - ASSETS | | | $133,494.66 |
| 0032758971 | 400002479 | UW - INCOME/EMPLOY | | | | $133,381.85 |
| 0031354426 | 121507124 | MISREP - OCCUPANCY | | | | $132,604.54 |
| 0032692337 | 100628434 | MISREP - OCCUPANCY | | | | $132,263.00 |
| 0040525305 | 400080804 | UW - INCOME/EMPLOY | | | | $131,974.35 |
| 0033541145 | 112923693 | UW - LACK OF NECESSARY INSURANCE | | | | $131,203.83 |
| 0032982654 | 121510025 | MISREP - INCOME/EMPLOY | | | | $131,106.68 |
| 0033260894 | 120007206 | DOCUMENTATION | | | | $130,659.02 |
| 0032446304 | 232105824 | MISREP - INCOME/EMPLOY | | | | $129,922.60 |
| 0030856397 | 204032812 | UW - CREDIT/FICO | | | | $128,736.96 |
| 0033306598 | 103328566 | MISREP - INCOME/EMPLOY | | | | $128,393.58 |
| 0032447906 | 202129481 | MISREP - DEBTS | | | | $127,180.64 |
| 0032324394 | 209606363 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $126,666.29 |
| 0033540659 | 112922375 | UW - CREDIT/FICO | UW - ASSETS | | | $126,606.63 |
| 0032080921 | 216330505 | UW - MISSING DOCUMENTS | MISSING VVOE | | | $126,207.15 |
| 0032855165 | 101719973 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | | $126,204.52 |
| 0040235079 | 400049577 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | | $125,213.69 |
| 0032650400 | 120004853 | MISREP - INCOME/EMPLOY | UW - ASSETS | DOCUMENTATION | | $124,258.37 |
| 0033566092 | 121511630 | MISREP - INCOME/EMPLOY | | | | $124,193.60 |
| 0040752982 | 202319904 | UW - ASSETS | UW - INCOME/EMPLOY | | | $123,724.06 |
| 0032756389 | 224303220 | DOCUMENTATION | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | $122,825.96 |
| 0032692345 | 120007182 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $121,016.12 |
| 0032809568 | 112922173 | UW - MISSING DOCUMENTS | DOCUMENTATION | | | $120,545.63 |
| 0040034589 | 129410545 | UW - ASSETS | | | | $120,500.99 |
| 0033213166 | 208031576 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | | | $119,439.70 |
| 0033804337 | 129410483 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | UW - RATIOS | | $118,780.36 |
| 0033511916 | 283201424 | MISREP - OCCUPANCY | MISREP - DEBTS | | | $118,317.87 |
| 0033084344 | 102521078 | UW - ASSETS | | | | $117,635.59 |
| 0031767965 | 101718402 | UW - INCOME/EMPLOY | | | | $116,197.02 |
| 0032258246 | 101719520 | DOCUMENTATION | MISREP - DEBTS | UW - MISSING DOCUMENTS | | $115,598.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032044422 | 209606579 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - INCOME/EMPLOY | | $115,227.58 |
| 0033106014 | 121511170 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | $114,259.59 |
| 0032836587 | 126400718 | MISREP - DEBTS | MISREP - CREDIT/FICO | MISREP - OCCUPANCY | | $113,854.65 |
| 0032660235 | 112922289 | MISREP - OCCUPANCY | MISREP - DEBTS | | | $113,798.19 |
| 0030970677 | 223303165 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | | $113,404.62 |
| 0032643470 | 134307312 | UW - INCOME/EMPLOY | | | | $113,060.57 |
| 0032388035 | 283200392 | MISREP - OCCUPANCY | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | $113,025.93 |
| 0032296345 | 222210345 | MISREP - INCOME/EMPLOY | | | | $111,416.38 |
| 0040040495 | 400012945 | UW - ASSETS | | | | $110,200.40 |
| 0033699448 | 123106553 | UW - ASSETS | | | | $110,065.11 |
| 0033392283 | 121511578 | UW - RATIOS | | | | $109,809.86 |
| 0033428392 | 214411063 | MISREP - INCOME/EMPLOY | | | | $109,372.84 |
| 0032125866 | 208030043 | UW - INCOME/EMPLOY | UW - ASSETS | | | $108,897.16 |
| 0032940199 | 205883022 | MISREP - INCOME/EMPLOY | | | | $108,835.38 |
| 0032446577 | 132904424 | MISREP - INCOME/EMPLOY | | | | $108,781.82 |
| 0033566027 | 400025726 | MISREP - VALUE | | | | $107,880.78 |
| 0033776063 | 112932926 | MISREP - DEBTS | | | | $106,972.53 |
| 0032740599 | 129410262 | MISREP - DEBTS | UW - INCOME/EMPLOY | | | $106,666.58 |
| 0032680589 | 123105255 | MISREP - INCOME/EMPLOY | | | | $106,132.92 |
| 0033100421 | 202319271 | MISREP - INCOME/EMPLOY | | | | $105,344.17 |
| 0033721655 | 103823739 | MISREP - DEBTS | MISREP - OCCUPANCY | | | $105,168.70 |
| 0032852626 | 112932239 | MISREP - OCCUPANCY | MISREP - DEBTS | | | $104,586.88 |
| 0040201659 | 400070825 | MISREP - INCOME/EMPLOY | | | | $103,046.84 |
| 0032670879 | 112922302 | MISREP - INCOME/EMPLOY | DOCUMENTATION | UW - INELIGIBLE FOR LOAN PROGRAM | | $101,327.06 |
| 0030951230 | 224302443 | DOCUMENTATION | | | | $100,962.95 |
| 0033036336 | 101720128 | MISREP - DEBTS | MISREP - OCCUPANCY | | | $100,635.33 |
| 0040054579 | 112924028 | MISREP - INCOME/EMPLOY | | | | $100,480.70 |
| 0031235179 | 234107423 | COLLATERAL | | | | $100,379.27 |
| 0018506899 | 223102685 | COLLATERAL | | | | $99,311.55 |
| 0033559618 | 132906454 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $99,296.00 |
| 0040516197 | 400059149 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $98,815.58 |
| 0032541161 | 216722473 | UW - INCOME/EMPLOY | UW - ASSETS | MISREP - DEBTS | | $97,877.14 |
| 0033634866 | 112932889 | MISREP - INCOME/EMPLOY | | | | $97,780.14 |
| 0031818453 | 283200300 | UW - ASSETS | UW - INCOME/EMPLOY | | | $97,743.48 |
| 0033422510 | 200518044 | MISREP - OCCUPANCY | | | | $97,703.79 |
| 0032977365 | 129410236 | MISREP - INCOME/EMPLOY | UW - ASSETS | | | $97,564.37 |
| 0033016015 | 233920593 | UW - ASSETS | UW - ASSETS | | | $95,642.86 |
| 0032378465 | 106308679 | MISREP - DEBTS | UW - MISSING DOCUMENTS | | | $95,365.82 |
| 0031825797 | 134306170 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $95,216.39 |
| 0030786883 | 283200610 | MISREP - OCCUPANCY | UW - ASSETS | UW - INCOME/EMPLOY | | $94,913.03 |
| 0040374167 | 400051873 | MISREP - INCOME/EMPLOY | | | | $94,299.95 |
| 0031780620 | 208030718 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - ASSETS | | $94,175.53 |
| 0040047730 | 129410449 | MISREP - INCOME/EMPLOY | UW - ASSETS | MISREP - INCOME/EMPLOY | | $94,030.58 |

**EXHIBIT B**

| | | | | | |
|---|---|---|---|---|---|
| 0033461989 | 400020006 | MISREP - INCOME/EMPLOY | | | $92,523.98 |
| 0033797135 | 400033322 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $92,487.81 |
| 0032771396 | 107440367 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $91,485.44 |
| 0040105645 | 203670800 | COLLATERAL | | | $90,732.68 |
| 0040066813 | 112923891 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | | $89,251.16 |
| 0032378424 | 108513483 | UW - CREDIT/FICO | UW - MISSING DOCUMENTS | UW - ASSETS | $88,957.82 |
| 0032680282 | 112930719 | MISREP - INCOME/EMPLOY | | | $88,934.13 |
| 0033762196 | 400039045 | UW - INSUFFICIENT ASSETS/ RESERVES | UW - INELIGIBLE INSTRUMENT | MISREP - INCOME/EMPLOY | $88,446.52 |
| 0033541129 | 123106198 | UW - ASSETS | UW - CREDIT/FICO | COLLATERAL | $86,842.60 |
| 0033299116 | 400014147 | MISREP - INCOME/EMPLOY | | | $86,552.12 |
| 0031722382 | 216329077 | UW - ASSETS | MISREP - INCOME/EMPLOY | | $85,461.15 |
| 0018755686 | 207437930 | UW - ASSETS | | | $84,506.29 |
| 0032394108 | 129300662 | MISREP - INCOME/EMPLOY | | | $84,003.04 |
| 0040356453 | 206308700 | MISREP - INCOME/EMPLOY | | | $83,802.47 |
| 0040061137 | 400044547 | MISREP - DEBTS | | | $83,225.79 |
| 0033154022 | 121511525 | MISREP - OCCUPANCY | | | $82,638.51 |
| 0031722812 | 209606391 | MISREP - OCCUPANCY | UW - INELIGIBLE FOR LOAN PROGRAM | | $81,747.36 |
| 0033462136 | 100630451 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $81,082.54 |
| 0033415878 | 134310203 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $80,975.46 |
| 0033327180 | 112932417 | MISREP - OCCUPANCY | | | $80,893.47 |
| 0031354285 | 101718986 | MISREP - OCCUPANCY | MISREP - VALUE | UW - INCOME/EMPLOY | $80,682.23 |
| 0033586074 | 219100053 | MISREP - DEBTS | | | $80,032.00 |
| 0031768203 | 134305897 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | | $79,866.89 |
| 0040135568 | 400028603 | UW - INCOME/EMPLOY | | | $79,058.18 |
| 0040047540 | 400037180 | MISREP - INCOME/EMPLOY | | | $78,189.58 |
| 0031489370 | 283200810 | DOCUMENTATION | | | $77,240.27 |
| 0033183666 | 214311168 | MISREP - OCCUPANCY | | | $77,120.98 |
| 0033641762 | 233204059 | UW - CREDIT/FICO | | | $75,576.98 |
| 0031102973 | 232104924 | UW - ASSETS | | | $74,821.99 |
| 0033312000 | 283200738 | MISREP - DEBTS | | | $72,757.26 |
| 0033271891 | 121511470 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $71,087.30 |
| 0033665506 | 400025875 | MISREP - INCOME/EMPLOY | UW - CONTRIBUTIONS/ CONCESSIONS | UW - ASSETS | $66,535.20 |
| 0030730634 | 232305715 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $66,093.97 |
| 0032161010 | 107439521 | MISREP - DEBTS | MISREP - ASSETS | | $65,374.93 |
| 0032223711 | 204724360 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $65,295.09 |
| 0040681330 | 400104989 | UW - RATIOS | | | $64,078.07 |
| 0032448128 | 130106856 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $63,987.90 |
| 0033016098 | 132905132 | UW - INCOME/EMPLOY | | | $63,099.46 |
| 0040263311 | 400077597 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $62,865.93 |
| 0032750051 | 129410238 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $62,648.85 |
| 0033173733 | 103328549 | MISREP - INCOME/EMPLOY | | | $61,198.81 |
| 0032568511 | 104130964 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $59,012.54 |
| 0032982662 | 224501968 | MISREP - INCOME/EMPLOY | | | $58,014.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032902090 | 104131286 | UW - INCOME/EMPLOY | | | | $57,986.43 |
| 0031001761 | 235725001 | UW - INCOME/EMPLOY | | | | $56,879.53 |
| 0032680605 | 104131101 | MISREP - OCCUPANCY | UW - ASSETS | UW - MISSING DOCUMENTS | | $56,684.87 |
| 0032725731 | 216722481 | MISREP - INCOME/EMPLOY | | | | $54,601.22 |
| 0033553694 | 100428117 | UW - INCOME/EMPLOY | UW - ASSETS | | | $54,049.23 |
| 0033540618 | 210717043 | MISREP - INCOME/EMPLOY | | | | $53,408.60 |
| 0032628471 | 104131030 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW – CONTRIBUTIONS/ CONCESSIONS | | $53,398.25 |
| 0031420607 | 234107440 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | | | $52,009.82 |
| 0032146607 | 204724442 | MISREP - DEBTS | | | | $51,191.01 |
| 0040135550 | 400003741 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | | $50,928.86 |
| 0032705220 | 101220179 | MISREP - INCOME/EMPLOY | | | | $48,706.36 |
| 0032708828 | 100426740 | MISREP - INCOME/EMPLOY | | | | $47,697.45 |
| 0033009606 | 121510258 | MISREP - INCOME/EMPLOY | | | | $45,933.51 |
| 0018213504 | 112917803 | MISREP - DEBTS | | | | $43,451.90 |
| 0033753427 | 400031853 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | UW - ASSETS | | $43,122.43 |
| 0032982746 | 282101191 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | $42,856.34 |
| 0033283474 | 120007965 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | $42,790.11 |
| 0032371502 | 220209115 | MISREP - INCOME/EMPLOY | | | | $42,146.98 |
| 0032699019 | 100730230 | UW - INCOME/EMPLOY | | | | $41,698.92 |
| 0031314503 | 232808902 | DOCUMENTATION | | | | $33,961.81 |
| 0032199226 | 231107147 | UW - INCOME/EMPLOY | | | | $29,089.91 |
| 0033071036 | 210354380 | UW - INCOME/EMPLOY | | | | $24,899.78 |
| 0032749665 | 220209465 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | | $21,689.92 |
| 0033140617 | 400011321 | UW - CREDIT/FICO | DOCUMENTATION | | | $18,784.54 |
| 0030602510 | 121021243 | UW - MISSING DOCUMENTS | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | $17,892.29 |
| 0033063850 | 103823871 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $15,762.82 |
| 0040241838 | 400064810 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | | $12,268.78 |
| 0018586628 | 227400140 | UW - ASSETS | | | | $10,343.87 |
| | | | | | **TOTAL** | **$58,864,056.72** |

**EXHIBIT B**